THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-256-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO RETURN PASSPORT |
| ERIN K. MCCAULEY, | ) | |
| Defendant. | ) | |

THE COURT has considered Ms. McCauley's motion to return her passport to Ms. McCauley herself, along with the records in this case.

IT IS ORDERED that the Clerk of the Court release Ms. McCauley's passport into her own custody on demand at the Clerk's Office.

DONE this 25th day of April 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Erin McCauley

ORDER TO RETURN PASSPORT
(*United States v. McCauley*, CR18-256-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100